UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

CITATION/CASE NO. 5:07-CR-00025 TAG

U.S.A.
v.

Erin L. Spry

ORDER TO PAY
JUDGMENT

SOCIAL SECURITY #: 6350
DATE of BIRTH: 6/4/87
DRIVER'S LICENSE #: D3157670
ADDRESS: 430 E. Line #4
Bishop    CA    93514
City      State  Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, PENALTY ASSESSMENT or PROCESSING FEE IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **NOTE: FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

*I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE and CORRECT*

DATE: 11/16/2007                    Erin Spry
                                    Defendant's Signature

**YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**

(✓) FINE of $ 250.00            (✓) Penalty ASSESSMENT of $ 25.00

( ) PROCESSING Fee of $ _____   for a TOTAL AMOUNT of $ 275.00 ,

paid within _____ days / months OR payments of $ 100.00 per month, commencing

12/1/2007 and due on the 1st of each month until PAID IN FULL - note late payments could be subject to late/delinquent charges imposed by C.V.B..

( ) REVIEW/Post Sentencing HEARING DATE: _____ at _____ a.m. / p.m. in Dept. _____
( ) Compliance HEARING: : _____ at _____ a.m. / p.m. in Dept. _____
( ) RESTITUTION _____
( ) COMMUNITY SERVICE _____ with fees not to exceed $ _____
to be completed by _____ with Proof mailed to the Clerk of the Court.
( ) Traffic School By: _____ with Proof mailed to _____
( ) PROBATION to be unsupervised / supervised for: _____

Payments must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (check one):

| ☐ CENTRAL VIOLATIONS BUREAU | ☐ CLERK, U.S.D.C. | ✓ CLERK, U.S.D.C. |
| PO Box 70939 | 501 'I' St., #4-200 | 2500 Tulare St., Rm 1501 |
| Charlotte, NC 28272-0939 | Sacramento, CA 95814 | Fresno, CA 93721 |
| 1-800-827-2982 | | |

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: 11/16/2007                   /s/ A. Leon Guerrero
                                    for: U.S. MAGISTRATE JUDGE

EDCA - Rev 4/2007